**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No.  08-03091-01/02-CR-S-DGK** |
| | ) |
| **ANTHONY HOLMAN** | ) |
| **and** | ) |
| **ARCELIA HOLMAN,** | ) |
| | ) |
| **Defendants.** | ) |

**FINAL ORDER OF FORFEITURE**

Before the Court is the plaintiff's Motion for Final Order of Forfeiture.  (Doc. 228).  On

February 10, 2011, this Court entered a Preliminary Order of Forfeiture (Doc. 144) which

ordered Defendants Anthony Holman and Arcelia Holman to forfeit, pursuant to 21 U.S.C.

§ 853 and 18 U.S.C. § 982(a)(1), all their right, title, and interest in the following property:

    a.     All seized funds contained in the following financial accounts:

         (1)     $403,930.36 from Personalized Rx LLC's account #152301067947 at U.S. Bank NA;

         (2)     $2,979.53 from Personalized Rx COM's account #152304947608 at U.S. Bank NA;

         (3)     Bancorp South Bank, Cashier's Check 921953533, $10,000;

    b.     The following seized vehicles:

         (1)     2001 BMW Sports Utility Vehicle, VIN WBAFA53521LM76498, seized on April 27, 2007;

         (2)     1978 Chevrolet Corvette, VIN 1Z87L8S404034, seized on April 27, 2007;

         (3)     2002 Toyota 4Runner, VIN JT3GN86R010182132, seized on April 27, 2007; and

    c.     The following internet domains:

| (1) | http://www.personalizedrx.com; |
|-----|--------------------------------|
| (2) | http://www.comfortscripts.com; |
| (3) | http://www.1stoppainshoppe.com; |
| (4) | http://www.5starfreedom.net; |
| (5) | http://www.themedicineplace.com. |

The United States caused to be published on the Internet site *www.forfeiture.gov*, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property.

No timely claim has been filed. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

The Court finds that Defendants Anthony Holman and Arcelia Holman both had an interest in the property that is subject to forfeiture.

Therefore, it is hereby **ORDERED, ADJUDGED AND DECREED**:

That the property described above is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1);

**IT IS FURTHER ORDERED THAT** all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

**IT IS FURTHER ORDERED THAT** the United States District Court shall retain

jurisdiction in the case for the purpose of enforcing this Order;

**IT IS SO ORDERED.**


Date:  July 5, 2011                                                     /s/ Greg Kays
                                                                        Greg Kays, Judge
                                                                        United States District Court